IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:22-CV-00320-RJC-DSC

| | |
|---|---|
| CATHERINE MCKOY, et. al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| ACN OPPORTUNITY, LLC, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on the "Motion[s] for Admission *Pro Hac Vice* and Affidavit[s] [for John Quinn, Roberta A. Kaplan, David B. Berman and Katherine Rosenfeld]" (documents ##4-7) filed July 29, 2022. For the reasons set forth therein, the Motions will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties and to the Honorable Robert J. Conrad, Jr.

Signed: July 29, 2022

**SO ORDERED**.

_____
David S. Cayer
United States Magistrate Judge