| | |
|---|---|
| CATHERINE MCKOY, )<br>MARKUS FRAZIER, )<br>MILLARD WILLIAMS, and )<br>LYNN CHADWICK, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>ACN OPPORTUNITY, LLC, )<br>)<br>Defendant. ) | **Order** |

**THIS MATTER** comes before the Court on Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction, filed in the above-captioned matter on August 12, 2022, seeking to stay and enjoin the arbitration proceedings noticed against Plaintiffs by Defendant ACN Opportunity, LLC before the American Arbitration Association.

The Court finds that a temporary restraining order is warranted to prevent the per se irreparable harm of Plaintiffs having to defend themselves in arbitration proceedings to which they allege they did not agree. This Court will, therefore, grant Plaintiffs' motion in part and temporarily enjoin Defendants.

Based on the foregoing, and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction is **GRANTED in part** as follows:

1. A hearing on Plaintiffs' motion for preliminary injunction is set for Friday, September 2, 2022, at 11:00 a.m. in Courtroom 4a.

2. Until the hearing on Plaintiffs' motion for preliminary injunction, all arbitral

proceedings pending before the American Arbitration Association noticed by Defendant ACN Opportunity, LLC against Plaintiffs are hereby stayed and enjoined.

3. At this time, a bond is not required pursuant to Federal Rule of Civil Procedure 65(c).

**SO ORDERED**.

Signed: August 15, 2022

Robert J. Conrad, Jr.
United States District Judge