IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:22-CV-00320-RJC-SCR

| | |
|---|---|
| **CATHERINE MCKOY, et. al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | **ORDER** |
| **v.** ) | |
| ) | |
| **ACN OPPORTUNITY, LLC,** ) | |
| ) | |
| **Defendant.** ) | |

**THIS MATTER** is before the Court on the "Motion for Admission *Pro Hac Vice* and Affidavit [for Vasudha Talla]" (document #38) filed April 20, 2023. For the reasons set forth therein, the Motion will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties and to the Honorable Robert J. Conrad, Jr.

**SO ORDERED**.

Signed: April 20, 2023

_Susan C. Rodriguez_
Susan C. Rodriguez
United States Magistrate Judge